AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Raul Jimenez De Los Santos <br><br> *Plaintiff(s)* <br><br> v. <br><br> Loco Furniture Corp, Loco Furniture of NY, Inc., Loco Furniture of Bronx, Inc., Discount King Furniture Wholesale Corp., Nawras Arbid, Individually, Salwa Alshoufi, Individually, and Shawkat Harb, Individually, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  19-CV-3007 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alex Umansky (AU7961)
> Law Office of Yuriy Moshes, P.C.
> 322 West 48th Street, 6th Floor
> New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/5/2019                                    /s/ P. Canales

*Signature of Clerk or Deputy Clerk*



**Loco Furniture Corp (Via Secretary of State)**
2510 Valentine Avenue, Bronx, New York 10458

**Loco Furniture of NY, Inc. (Via Secretary of State)**
1-9 West Fordham Road, Bronx, New York 10468

**Loco Furniture of Bronx, Inc. (Via Secretary of State)**
2510 Valentine Avenue, Bronx, New York 10458

**Discount King Furniture Wholesale Corp. (Via Secretary of State)**
2510 Valentine Avenue, Bronx, New York 10458

**Nawras Arbid (Via Place of Employment)**
2510 Valentine Avenue, Bronx, New York 10458

**Salwa Alshoufi (Via Place of Employment)**
2510 Valentine Avenue, Bronx, New York 10458

**Shawkat Harb (Via Place of Employment)**
2510 Valentine Avenue, Bronx, New York 10458